CATHERINE M. STOTT, Respondent, *v.* ADDISON J. CHURCHILL et al., Appellants.

*Stott* v. *Churchill*, 15 Misc. Rep. 80, affirmed.
(Argued October 14, 1898; decided November 22, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered December 31, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Thomas S. Moore* and *Herbert C. Smyth* for appellants.

*John A. Dutton* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

_____

THE BINGHAMTON TRUST COMPANY, Appellant, *v.* ABIJAH WESTON et al., Respondents.

*Binghamton Trust Co.* v. *Weston,* 90 Hun, 605, affirmed.
(Argued October 14, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered October 24, 1895, affirming a judgment in favor of defendants, entered upon a decision of the court on trial at Circuit, a jury having been waived.

*C. S. Cary* for appellant.

*J. H. Waring* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and O'BRIEN, JJ., dissenting.